IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 2 9 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-02612-BNB

JAMES K. CONKLETON,

    Plaintiff,

v.

ARISTEDES W. ZAVARAS, Executive Director of the Colorado Department of
    Corrections ("CDOC") in his official capacity,
JOE STOMMEL, in his official capacity as the Program Administrator of the Sex
    Offender Treatment and Monitoring Program ("SOTMP") for the CDOC,
JOHN P. McGILL, in his individual and official capacity as Treatment provider for the
    DCOC's SOTMP,
BONNIE CANTU, in her individual and official capacity as Treatment provider for the
    CDOC's SOTMP,
JAMES LANDER, in his individual and official capacity as Treatment provider for the
    CDOC's SOTMP,
BURL McCULLAR, in his official capacity as Treatment provider for the CDOC's
    SOTMP,
ANTHONY DeCESARO, in his official capacity as the Step III Grievance Officer for the
    CDOC's SOTMP,
AL ESTEP, in his official capacity as the Warden of the CDOC's Fremont Corr. Facility,
JOHN HYATT, in his official capacity as Correctional Officer IV for the CDOC,
ED MURO, in his individual and official capacity as a Correctional Officer I for the
    CDOC,
RICHARD DeGROOT, in his individual and official capacity as Case Manager for the
    CDOC,
THOMAS MISEL, in his official capacity as Case Manager Supervisor for the CDOC,
    and, he is also sued in is individual capacity,
ANTHONY PIPER, in his official capacity as Correctional Officer III for the CDOC,
RICHARD LIND, in his official capacity as Correctional Officer V for the CDOC, and
CATHIE HOST, in her official capacity as Manager for the Office of Corr. Legal
    Services for the CDOC,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's motion, filed on December 24, 2008, asking this Court to order
Defendants to submit partial filing fee payments, is DENIED. Plaintiff was informed in
the order filed on December 3, 2008, granting him leave to proceed pursuant to 28

U.S.C. § 1915 of the proper procedure for making monthly filing fee payments or for showing cause each month why he has no assets and no means by which to make the monthly filing fee payments.

Dated: December 29, 2008

---

Copies of this Minute Order mailed on December 29, 2008, to the following:

James K. Conkleton
Reg No. 108986
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751-0600

_____
Secretary/Deputy Clerk