IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02612-BNB

JAMES K. CONKLETON,

Plaintiff,

v.

ARISTEDES W. ZAVARAS, Executive Director of the Colorado Department of
    Corrections ("CDOC") in his official capacity,
JOE STOMMEL, in his official capacity as the Program Administrator of the Sex
    Offender Treatment and Monitoring Program ("SOTMP") for the CDOC,
JOHN P. McGILL, in his individual and official capacity as Treatment provider for the
    DCOC's SOTMP,
BONNIE CANTU, in her individual and official capacity as Treatment provider for the
    CDOC's SOTMP,
JAMES LANDER, in his individual and official capacity as Treatment provider for the
    CDOC's SOTMP,
BURL McCULLAR, in his official capacity as Treatment provider for the CDOC's
    SOTMP,
ANTHONY DeCESARO, in his official capacity as the Step III Grievance Officer for the
    CDOC's SOTMP,
AL ESTEP, in his official capacity as the Warden of the CDOC's Fremont Corr. Facility,
JOHN HYATT, in his official capacity as Correctional Officer IV for the CDOC,
ED MURO, in his individual and official capacity as a Correctional Officer I for the
    CDOC,
RICHARD DeGROOT, in his individual and official capacity as Case Manager for the
    CDOC,
THOMAS MISEL, in his official capacity as Case Manager Supervisor for the CDOC,
    and, he is also sued in is individual capacity,
ANTHONY PIPER, in his official capacity as Correctional Officer III for the CDOC,
RICHARD LIND, in his official capacity as Correctional Officer V for the CDOC, and
CATHIE HOST, in her official capacity as Manager for the Office of Corr. Legal
    Services for the CDOC,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 3 2009

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

Plaintiff's "Combined Motions for Stay and, to Quash" filed on January 15, 2009. To the extent the motion asks this Court to stay the motion for a preliminary injunction, filed on January 8, 2009, and denied on January 21, 2009, the motion is DENIED as

moot. To the extent the motion asks this Court to ignore the amendments to the complaint, filed on January 8, 2009, the motion is DENIED as unnecessary because on January 7, 2009, Plaintiff was ordered to file, within thirty days, an amended complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Plaintiff continues to have **thirty (30) days from the January 7 order** in which to submit an amended complaint as directed. Failure to do so within the time allowed will result in the dismissal of the instant action.

Dated: January 23, 2009

Copies of this Minute Order mailed on January 23, 2009, to the following:

James K. Conkleton
Reg. No. 108986
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751-0600

Secretary/Deputy Clerk