IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02612-BNB

JAMES K. CONKLETON,

        Plaintiff,

v.

ARISTEDES W. ZAVARAS, Executive Director of the Colorado Department of
    Corrections ("CDOC") in his official capacity,
JOE STOMMEL, in his official capacity as Program Administrator of the Sex
    Offender Treatment and Monitoring Program ("SOTMP") for the CDOC,
JOHN P. MCGILL, in his individual and official capacity as Treatment provider for the
    CDOC's SOTMP,
BONNIE CANTU, in her individual and official capacity as Treatment provider for the
    CDOC's SOTMP,
JAMES LANDER, in his individual and official capacity as Treatment provider for the
    CDOC's SOTMP,
BURL MCCULLAR, in his official capacity as Treatment provider for the CDOC's
    SOTMP,
ANTHONY DECESARO, in his official capacity as the Step III Grievance Officer for the
    CDOC's SOTMP,
AL ESTEP, in his official capacity as the Warden of the CDOC's Fremont Corr. Facility,
JOHN HYATT, in his official capacity as Correctional Officer IV for the CDOC,
ED MURO, in his individual and official capacity as a Correctional Officer I for the
    CDOC,
RICHARD DEGROOT, in his individual and official capacity as Case Manager for the
    CDOC,
THOMAS MISEL, in his official capacity as Case Manager Supervisor for the CDOC,
    and, he is also sued in his individual capacity,
ANTHONY PIPER, in his official capacity as Correctional Officer III for the CDOC,
RICHARD LIND, in his official capacity as Correctional Officer V for the CDOC, and
CATHIE HOST, in her official capacity as Manager for the Officer of Corr. Legal
    Services for the CDOC,

        Defendants.

# ORDER TO CURE DEFICIENCY

Boland, Magistrate Judge

Plaintiff submitted a Notice of Appeal on February 20, 2009. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)** **Filing Fee**
  X   is not submitted

**(B)** **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
  X   is not submitted
  __  is missing affidavit
  __  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
  __  is missing required financial information
  __  is missing an original signature by the prisoner
  __  is not on proper form (must use the court's current form)
  __  other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30

2

days from the date of this order, the court of appeals will be so notified.

Dated February 26, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge