IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 0 4 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-02612-BNB

JAMES K. CONKLETON,

　　　　Plaintiff,

v.

ARISTEDES W. ZAVARAS, in his official capacity as Executive Director of the
　　　　Colorado Dept. of Corrections ("CDOC"),
JOE STOMMEL, in his official capacity as the Program Administrator of the Sex
　　　　Offender Treatment and Monitoring Program ("SOTMP") for the CDOC,
JOHN P. McGILL, in his individual and official capacities as a Treatment Provider
　　　　for the SOTMP,
BONNIE CANTU, in her individual and official capacities as Treatment Provider for the
　　　　SOTMP,
JAMES LANDER, in his individual and official capacities as Treatment Provider for the
　　　　SOTMP,
ED MURO, in his individual and official capacities as a Correctional Officer I for the
　　　　CDOC,
RICHARD DeGROOT, in his individual and official capacities as a Case Manager for
　　　　the CDOC,
CATHIE HOST, in her official capacity as Manager for the Office of Correctional Legal
　　　　Services for the CDOC,
THOMAS MISEL, in his individual and official capacities as Case Manager for the
　　　　CDOC,
AL ESTEP, in his official capacity as the Warden of the CDOC's Fremont Corr. Facility,
　　　　and
RICHARD LIND, in his individual and official capacity as a Correctional Officer V,

　　　　Defendants.

---

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED March 4, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02612-BNB

James K. Conkleton
Prisoner No. 108986
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3/4/09

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk