IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02612-WYD-MEH

JAMES K. CONKLETON,

      Plaintiff,

v.

ARISTEDES W. ZAVARAS, in his official capacity as Executive Director of the Colorado Department of Corrections (CDOC),
JOE STOMMEL, in his official capacity as the Program Administrator of the Sex Offender Treatment and Monitoring Program (SOTMP) for the CDOC,
JOHN P. MCGILL, in his individual and official capacities as Treatment Provider for the SOTMP,
BONNIE CANTU, in her individual and official capacities as Treatment Provider for the SOTMP,
JAMES LANDER, in his individual and official capacities as Treatment Provider for the SOTMP,
ED MURO, in his individual and official capacities as a Correctional Officer I for the CDOC,
RICHARD DEGROOT, in his individual and official capacities as a Case Manager for the CDOC,
CATHIE HOLST, in her official capacity as Manager for the Office of Correctional Legal Services for the CDOC,
THOMAS MISEL, in his individual and official capacities as Case Manager Supervisor, CDOC,
AL ESTEP, in his official capacity as the Warden of the CDOC's Fremont Correctional Facility, and
RICHARD LIND, in his individual and official capacities as a Correctional Officer V,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 22, 2009.**

      Plaintiff's Motion to Deem Request Admitted because of the Untimeliness of the Answer [filed September 21, 2009; docket #84] is **denied**. According to the Plaintiff, he mailed his first set of requests for admissions to Defendant Misel on August 4, 2009, and received a response dated September 4, 2009, on September 8, 2009. Pursuant to Fed. R. Civ. P. 6(d), three days are added to a time period in which a party must act when a request is served by mail. Therefore, 33 days from August 4, 2009 is September 6, 2009, which was a Sunday. The following day, Monday, September 7, 2009 was a federal holiday. *See* Fed. R. Civ. P. 6(a)(2) (2009). Consequently, Defendant Misel's response was due to be (and was actually) served on or before September 8, 2009.