IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02612-WYD-MEH

JAMES K. CONKLETON,

    Plaintiff,

v.

ARISTEDES W. ZAVARAS, in his official capacity as Executive Director of the Colorado Department of Corrections (CDOC),
JOE STOMMEL, in his official capacity as the Program Administrator of the Sex Offender Treatment and Monitoring Program (SOTMP) for the CDOC,
JOHN P. MCGILL, in his individual and official capacities as Treatment Provider for the SOTMP,
BONNIE CANTU, in her individual and official capacities as Treatment Provider for the SOTMP,
JAMES LANDER, in his individual and official capacities as Treatment Provider for the SOTMP,
ED MURO, in his individual and official capacities as a Correctional Officer I for the CDOC,
RICHARD DEGROOT, in his individual and official capacities as a Case Manager for the CDOC,
CATHIE HOLST, in her official capacity as Manager for the Office of Correctional Legal Services for the CDOC,
THOMAS MISEL, in his individual and official capacities as Case Manager Supervisor, CDOC,
AL ESTEP, in his official capacity as the Warden of the CDOC's Fremont Correctional Facility, and
RICHARD LIND, in his individual and official capacities as a Correctional Officer V,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 8, 2009.**

    Plaintiff's letter addressed to this Court,[1] which the Court has construed as a Motion for Order [filed October 6, 2009; docket #90], is **denied without prejudice**. Plaintiff requests relief for recent incidents that have occurred since the filing of his Amended Complaint. If he wishes to do so, the Plaintiff must seek such relief pursuant to Fed. R. Civ. P. 15 and all applicable rules and regulations.

---

[1] *Ex parte* communications with the Court (without previous authorization) is strictly prohibited. *See* D.C. Colo. LCivR 77.2. Thus, all future requests for relief must be made in the form of a motion filed with the Clerk of Court and served on all parties.