IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-02612-WYD-MEH

JAMES K. CONKLETON,

    Plaintiff,

v.

ARISTEDES W. ZAVARAS, et al.,

    Defendants.

## ORDER

    THIS MATTER is before the Court on Plaintiff's Notice of Dismissal filed December 1, 2009.  Plaintiff states therein that he seeks to dismiss Claims Five and Seven of this action pursuant to Fed. R. Civ. P. 41(a)(1)(A).  That rule, however, permits a party to dismiss their claims without Order of the Court only if an answer or motion for summary judgment has not been filed.  *Id.*  In this case an Answer was filed on May 18, 2009.

    Nonetheless, Defendants state in a response filed on January 13, 2010, that they do not object to the Notice and request that these claims be dismissed.  Accordingly, I find that dismissal of these claims is appropriate.  It is therefore

    ORDERED that Claims Five and Seven of the Amended Complaint are **DISMISSED WITHOUT PREJUDICE**.

Dated: January 22, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge