IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02612-WYD-MEH

JAMES K. CONKLETON,

Plaintiff,

v.

ARISTEDES W. ZAVARAS, in his official capacity as Executive Director of the Colorado Department of Corrections (CDOC),
JOE STOMMEL, in his official capacity as the Program Administrator of the Sex Offender Treatment and Monitoring Program (SOTMP) for the CDOC,
JOHN P. MCGILL, in his individual and official capacities as Treatment Provider for the SOTMP,
BONNIE CANTU, in her individual and official capacities as Treatment Provider for the SOTMP,
JAMES LANDER, in his individual and official capacities as Treatment Provider for the SOTMP,
ED MURO, in his individual and official capacities as a Correctional Officer I for the CDOC,
RICHARD DEGROOT, in his individual and official capacities as a Case Manager for the CDOC,
CATHIE HOLST, in her official capacity as Manager for the Office of Correctional Legal Services for the CDOC,
THOMAS MISEL, in his individual and official capacities as Case Manager Supervisor, CDOC,
AL ESTEP, in his official capacity as the Warden of the CDOC's Fremont Correctional Facility, and
RICHARD LIND, in his individual and official capacities as a Correctional Officer V,

Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 15, 2011.**

Defendants' unopposed[1] Motion for Clarification and/or Reconsideration of Order on Motion to Suppress and in Limine [filed February 15, 2011; docket #181] is **granted** insofar as the Court will clarify its Order. Plaintiff's motion in limine states in its entirety: "[t]he Court should limit the Defendants [sic] use of the disciplinary and criminal records of Plaintiff and the other prisoner witnesses to impeachment purposes ONLY in accordance to FRE 609(a), and prohibit the Defendants from relying on the records for evidence of character to prove or disprove conduct pursuant to FRE 404." Plaintiff's Motion in Limine, ¶ 6, docket #174 at 2. Defendants responded: "Defendants plan to utilize evidence of the Plaintiff's and his inmate witnesses' criminal convictions for the purpose of impeaching their credibility. Defendants do not plan to utilize such evidence for

---

[1]The Plaintiff did not file a response to the motion within the time limit imposed by D.C. Colo. LCivR 7.1C.

any other purpose." Defendants' Response, docket #176 at 5. In finding Plaintiff's request moot, the Court understood that Defendants were referring to the "records" identified by the Plaintiff in responding to his motion.