IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02612-WYD-MEH

JAMES K. CONKLETON,

    Plaintiff,

v.

ED MURO, in his individual and official capacities as a Correctional Officer I for the CDOC, and RICHARD DEGROOT, in his individual and official capacities as a Case Manager for the CDOC,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 24, 2011.**

    In light of the Response filed by Defendants to Plaintiff's Motion for Court Order [filed August 22, 2011; docket #203] informing the Court that Defendants have provided Plaintiff the relief he seeks (copies of AR 150-1 and AR 1450-1), the motion is **denied as moot**.