IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   08-cv-02612-WYD-MEH

JAMES K. CONKLETON,

    Plaintiff,

v.

ED MURO, in his individual capacity as a Correctional Officer I for the CDOC, and RICHARD DeGROOT, in his individual capacity as a Case Manager for the CDOC,

    Defendants.

## ORDER GRANTING SERVICE BY U.S. MARSHAL SERVICE

THIS MATTER came before the Court for a final trial preparation conference on Thursday, September 29, 2011, at 4:00 p.m.  During that hearing, Plaintiff made an oral motion for service of subpoenas by the U.S. Marshal Service for witnesses Lt. Hawkins and Cynthia D. Davis.  It is hereby

ORDERED that Plaintiff's oral motion for subpoenas for witnesses Lt. Hawkins and Cynthia D. Davis to be served by U.S. Marshal is **GRANTED.**  It is further

ORDERED that the U.S. Marshal shall serve subpoeanas upon Lt. Hawkins and Cynthia D. Davis.

Dated:  September 30, 2011.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE