IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-02612-WYD-MEH

JAMES K. CONKLETON,

    Plaintiff,

v.

ED MURO, in his individual capacity as a Correctional Officer I for the CDOC, and RICHARD DeGROOT, in his individual capacity as a Case Manager for the CDOC,

    Defendants.

---

## ORDER

---

THIS MATTER is before the Court in connection with Plaintiff's letter to the Court dated October 5, 2011, and filed October 11, 2011. In the letter, Plaintiff asks whether subpoenas have been issued for Anthony Piper and Paul Hollenbeck. Both of these individuals are designated as a witness on Plaintiff's Witness List.

To answer the Plaintiff's inquiry, subpoenas have not been served on Mr. Piper or Mr. Hollenbeck. This issue was discussed at the Final Trial Preparation Conference on September 29, 2011. At that time, Plaintiff was informed that the Court did not have subpoenas for these witnesses and directed Plaintiff to submit subpoenas with these witnesses' addresses. The Court has not received such subpoenas from Plaintiff. Accordingly, if Plaintiff wants subpoenas to be issued for Mr. Piper and/or Mr. Hollenbeck, he must comply with the Court's directive to submit subpoenas for them.

Dated: October 13, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge