IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-02612-WYD-MEH

JAMES K. CONKLETON,

    Plaintiff,

v.

ED MURO, in his individual capacity as a Correctional Officer I for the CDOC, and RICHARD DeGROOT, in his individual capacity as a Case Manager for the CDOC,

    Defendants.

## ORDER TO CURE DEFICIENCY

Daniel, Chief Judge

    Plaintiff submitted a Notice of Appeal on November 28, 2011. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
    ___ is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
    ___ is not submitted
    ___ is missing affidavit
    ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
    ___ is missing required financial information
    ___ is missing an original signature by the prisoner
    _X_ is not on proper form (must use the court's current form)
    ___ other_____

Accordingly, it is

1

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

Dated:  December 2, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge